# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
## SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| Valley Med Flight, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER RE ADMISSION** |
| | ) | **PRO HAC VICE** |
| vs. | ) | |
| | ) | |
| Terry Dwell, M.D., in his Official Capacity | ) | |
| as State Health Officer of the North Dakota | ) | |
| Department of Health, and Bryan Klifpel, | ) | |
| in his Official Capacity as Executive | ) | |
| Director of North Dakota Workforce | ) | |
| Safety & Insurance, | ) | |
| | ) | Case No. 1:15-cv-070 |
| Defendants. | ) | |

Before the court is a motion for attorney Judith R. Nemsick to appear *pro hac vice* on plaintiff's behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorney Judith R. Nemsick has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. She has also paid the required admission fees to the office of the Clerk. Accordingly, the motion (Docket No. 6) is **GRANTED**. Attorney Judith R. Nemsick is admitted to practice before this court in the above-entitled action on behalf of plaintiff.

**IT IS SO ORDERED.**

Dated this 24th day of June, 2015.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge